## 23157

Robert L. LEDFORD, Jr., Respondent v. Johanna DILLARD, Petitioner.
(388 S. E. (2d) 642)

Supreme Court

*James B. Richardson, Jr.,* of *Richardson and Smith,* Columbia, *for petitioner.*

*Thomas W. Traxler,* of *Carter, Smith, Merriam, Rogers & Traxler,* Greenville, *for respondent.*

Heard Nov. 14, 1989.

Decided Feb. 5, 1990.

*Per Curiam:*

This Court issued a writ of certiorari to review the Court of Appeals' decision in *Ledford v. Dillard,* No. 89-MO-004 (Ct. App. filed Jan. 3, 1989, and amended Jan. 19, 1989). After careful consideration of the briefs, oral arguments and applicable law, we conclude that the writ was improvidently granted.

Accordingly, the writ of certiorari is dismissed as improvidently granted.